CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

December 08, 2025

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WALTER EDWARD BURTON, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:24-cv-00773 |
| | ) |
| v. | ) **MEMORANDUM OPINION** |
| | ) |
| SAMANTHA HUNT, | ) By:  Hon. Thomas T. Cullen |
| | )      United States District Judge |
| Defendant. | ) |

Plaintiff Walter Edward Burton, proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983 against three employees of the New River Valley Regional Jail. (*See* ECF No. 1.) Now, only his claims against Nurse Samantha Hunt remain. (*See* ECF Nos. 28, 29.)

On August 11, 2025, Plaintiff wrote a letter to the court stating that he was scheduled to be released from incarceration on October 14, 2025. (*See* ECF No. 32, at 1.) On October 17, 2025, Plaintiff filed a notice of change of address confirming that he had been released from the New River Valley Regional Jail. (ECF No. 47.)

On October 21, 2025, the court entered an order informing Plaintiff that, because he is no longer incarcerated, he is no longer subject to the provisions of the Prison Litigation Reform Act which had allowed him to proceed with this action *in forma pauperis* and pay the filing fee in installments. (*See* ECF No. 48.) The court ordered Plaintiff to pay the $350.00 civil filing fee and $55.00 administrative fee in full or otherwise respond to the court's order within 30 days in order to proceed with this action. (*See id.* at 1.) The court cautioned Plaintiff that "[f]ailure to pay the fee in full or otherwise respond to [the] Order within the time allowed and to maintain an address of record shall result in the immediate dismissal of this action." (*Id.*)

More than 30 days have passed, and Plaintiff has not paid the full filing fee as ordered. The court will therefore dismiss this action without prejudice based on Plaintiff's failure to comply with the court's order and failure to pay the filing fee. *See* Fed. R. Civ. P. 41(b); 28 U.S.C. § 1914.

The clerk is directed to send copies of this Memorandum Opinion and the accompanying order to Plaintiff at his last known address.

**ENTERED** this 8th day of December, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE